AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>James E. Robinson<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No.  **5 : 18MJ 1099** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 6, 2017 through May 10, 2018 in the county of Summit in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC, Section 1030 (a)(5)(A) | Knowingly Causing the Transmission of a Program, Information, Code, and Command, and as a Result of Such Conduct, Intentionally Causing Damage Without Authorization, to a Protected Computer |

FILED MAY 10 PM 1:23 U.S. DISTRICT COURT N DISTRICT OF OHIO AKRON

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent, Michael G. Gerfin, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/10/18

*Judge's signature*

City and state: Akron, Ohio

Kathleen B. Burke, U.S. Magistrate Judge
*Printed name and title*