IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 18 CR 627 |
| v. | ) | |
| | ) | Title 18, Sections 1030(a)(5)(A) |
| JAMES E. ROBINSON, | ) | and (c)(4)(B), United States |
| | ) | Code |
| Defendant. | ) | JUDGE BOYKO |

**COUNT 1**
(Damaging Protected Computer(s), 18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(B))

The Grand Jury charges:

From on or about July 6, 2017 to on or about May 10, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JAMES E. ROBINSON did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit: the offense caused damage affecting ten (10) or more protected computers during a one (1) year period, and the offense caused loss to persons during a one (1) year period from Defendant's course of conduct affecting protected computers aggregating at least $5,000 in value, in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.