IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 5:18 cr 00627 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| -vs- | ) | |
| | ) | |
| **JAMES ROBINSON** | ) | **MOTION TO CONTINUE** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Now comes the Defendant, James Robinson, and respectfully requests that this Court continue the Final Pretrial and Trial dates previously scheduled in this case.

The basis for said motion is that undersigned counsel needs additional time to review discovery and discuss a final resolution of this matter. Further, AUSA Daniel Riedl does not object to a continuance in this case.

Based on the foregoing, the Defendant is requesting this Honorable Court to continue the final pretrial and trial date. Counsel for Defendant hereby agrees to waive his right to a speedy trial and further stipulates that the ends of justice served by granting this motion outweigh the best interests of Mr. Robinson's rights to a speedy trial. See, 18 U.S.C. §3161 (h) (7) (A).

Wherefore, counsel for Defendant requests a continuance of the Final Pretrial on December 20, 2018 at 11:00 a.m. and the Trial scheduled for January 3, 2019 at 9:00 a.m.

Respectfully submitted,

/s/ Brian M. Pierce
Brian M. Pierce (0063736)
Attorney for James Robinson
54 E. Mill Street, Suite 400
Akron, Ohio 44308
brian@gmpdefense.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December, 2018, a copy of the Defendant's Motion to Continue was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.   Parties may access this filing through the Court's system.

                                                  /s/ Brian M. Pierce  
                                                Brian M. Pierce (0063736)  
                                                Attorney for James Robinson