IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 5:18 CR 627 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| -vs- | ) | |
| | ) | ADDENDUM TO |
| JAMES E. ROBINSON | ) | DEFENDANT'S SENTENCING |
| | ) | MEMORANDUM |
| Defendant. | ) | |
| | ) | |

Now comes the Defendant, **JAMES E. ROBINSON,** by and through his undersigned counsel, and hereby submits the following letters as an Addendum to the Sentencing Memorandum previously filed.

Respectfully Submitted,

/s/ Brian M. Pierce
Brian M. Pierce (#0063736)
Attorney for James E. Robinson
54 E. Mill Street, Suite 400
Akron, Ohio 44308
330-253-0785 (telephone)
330-253-7432 (facsimile)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served via the Court's electronic filing system on the 3rd day of September, 2019.

/s/ Brian M. Pierce
Brian M. Pierce (#0063736)
Attorney for James E. Robinson

1

TO: the courts

I am writing this letter on behalf of my brother James E. Robinson. As we refer to him as Eddie. He has always been a great brother, friend and kind person to everyone. We grew up playing with all the kids in the trailer park, and spent most of our summers spending time with our grandparents. we always helped eachother with homework, and got jobs together as we got older. then as we all started having children he was always their to help us and play with the kids. He also enjoyed taking them out to fun days swimming & to the park. He always treated them like they were his own even though they weren't. We have also had the priviledge of living with him. He help me through some tough situation of having multiple c-sections. Then we lost our grandpartents, and our dad that was very hard on the whole family, but we stayed strong together. there is a lot of goodness in my brother. We as his family and friends have never know him to hurt or

harm anyone. It has been a struggle with him not at home, but we know that the person you see is not the true eddie. I hope that you can find it in your heart to see what we see. Thank you for your time and consideration. I hope that it may help you see him in a different light.

Ellen M. Patton

*Ellen M. Patton*

To The US Court,

    I am writing this letter on behalf of James Edward Robinson, known more commonly by my children, as Uncle Eddy. I know very little about the charges that have been placed on Ed, except that they are serious. Since I began dating Ellen, Ed's sister, ten years ago, I have spent a lot of time with Ed. In that time I have never known Ed to be malicious toward another person. He has always been kind in his interactions with others and I have never been hesitant to introduce him as my brother-in-law. He has most certainly lived up to that title, as well as the title of Uncle. Eddy takes a fostering role in my relationship with Ellen. Although he is rarely flush with cash to purchased diapers or help with the many other expenses of a young family, Ed helped in every other way he could. Anytime a vehicle broke down, be it mine or his mother's, Ed would be there to help. Any work that needed done around the house Ed was there to help. This is expecially important around his mother's house where she lives alone since the passing of Ed's father. His mother needs him more than ever now because of that. I would like to add that there are few volunteers and even fewer people I trust to watch my children while I take Ellen out for a night. Since Ed has been away, we have not gone to dinner,

we have not gone away for a night or a weekend, and we have not attend separate events simultaneously. Last weekend we missed a bachelor and bachelorette party respectively as neither of us wanted to be the one who left while the other stayed home. Ed would have watched them so we could get some much need separation from the stresses of home. He likely would also be the one to watch them as we attend the wedding which is to follow next month.

When it comes to Eddy, perhaps I see the forest, but I also see the trees. I see every little thing about him that makes him a good person. I hope my letter has the ability to take your attention away from the one branch of this person you are here to look at. I hope it points to all the trees and allows you to see the forest the rest of us see. There is nothing good that a long sentence can do for Ed or his family. Conversely, the sooner he is home, the sooner he can nourish the trees which make the forest beautiful and trim off the branches which have threatened the life of all trees. Like a team of skilled aborists, I vow that his family will be there to ensure the healthy trees are watered and malignant branches have been cut off.

Ian A. Clark