DEFENDANT: JAMES E. ROBINSON
CASE NUMBER: 5:18-CR-00627-CAB(1)

Attachment A

Redacted Victim List

| Entity | Amount |
|---|---|
| EM | $84,645.00 |
| Akron | $7,768.21 |
| Ohio DAS | $548,677.60 |
| DOD | $10,520.00 |
| NIH | $16,535.09 |
| Treasury | $538.97 |
| Total | $668,684.87 |